**Dan BROWN, Jr., Appellant,**

v.

**Frank LYONS, Respondent.**

**No. WD 45951.**

Missouri Court of Appeals,
Western District.

Sept. 15, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Oct. 27, 1992.

Dan Brown, pro se.

William L. Webster, Atty. Gen., Joseph H. Monteil, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from a judgment denying inmate's claim that he was negligently deprived of personal property by a prison official.

Affirmed. Rule 84.16(b).